IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                       No. 4:14-cr-6-DPM
                             4:16-cr-88-DPM

TYRELL McKENZIE                                             DEFENDANT

## ORDER

Unopposed motions, № 8 & 58, granted. McKenzie's September 20th sentencing in No. 4:16-cr-88-DPM and revocation sentencing in No. 4:14-cr-6-DPM are both continued to 12 January 2017 at 9:00 a.m.

So Ordered.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

  6 September 2016